# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO ZHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISCOVER BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC,<br><br>　　　　Defendants. | Case No.: 8:25-cv-00635-JWH-DFM<br><br>**JUDGMENT [45]** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Experian Information Solutions, Inc. ("Experian") served on Plaintiff Hao Zhang offer to allow judgment to be taken against it in the total amount $20,000, inclusive of all damages, remedies, costs, attorneys' fees, and interest currently accrued. Plaintiff accepted the offer and notified the Court of the acceptance (Doc. 45).

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is **ENTERED** in **FAVOR** of Plaintiff in the amount of $20,000, inclusive of all damages, remedies, costs, attorneys' fees, and interest currently accrued.

**IT IS SO ORDERED.**

Dated March 19, 2026



John W. Holcomb
UNITED STATES DISTRICT JUDGE